1032

[No. 6125-1. Division One. March 12, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
GEORGE HAVERTY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82627, William C. Goodloe, J., entered January
19, 1978. *Affirmed* by unpublished opinion per Farris, J.,
concurred in by Andersen and Ringold, JJ.

[No. 6362-1. Division One. March 12, 1979.]

KEITH W. TOWNSEND, *Appellant*, v. HYSTER
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 242983, Hardyn B. Soule, J., entered April 22,
1977. *Affirmed* by unpublished opinion per Farris, J., con-
curred in by Andersen and Ringold, JJ.

[No. 5848-1. Division One. March 12, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES R.
LOVELAND, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81310, Carolyn R. Dimmick, J., entered August
5, 1977. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by James, J., Ringold J., dissenting.

[No. 3056-3. Division Three. March 13, 1979.]

*In the Matter of the Marriage of* CLINTON F.
MERRILL, *Respondent, and* SUSAN NELSON
MERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 78-3-00156-7, Carl L. Loy, J., entered
July 19, 1978. *Dismissed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and Roe, J.